IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-01990-BNB

DEJUAN B. THORNTON-BEY,

     Applicant,

v.

R. WILEY,

     Respondent.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 3 0 2006

GREGORY C. LANGHAM
CLERK

---

ORDER GRANTING LEAVE TO PROCEED PURSUANT TO 28 U.S.C. § 1915

---

Applicant has filed a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action and an application for a writ of habeas corpus.  The Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action will be granted.  Accordingly, it is

ORDERED that the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action is granted.  It is

FURTHER ORDERED that process shall not issue until further order of the court.

DATED October 30, 2006, at Denver, Colorado.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No.  06-cv-01990-BNB

Dejuan B. Thornton-Bey
Reg. No. 20791-424
ADX – Florence
PO Box  8500
Florence, CO 81226

I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on _10/30/06_

GREGORY C. LANGHAM, CLERK

By:_____
                 Deputy Clerk