IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01990-ZLW

DEJUAN B. THORNTON-BEY,

      Applicant,

v.

NO RESPONDENTS NAMED,

      Respondent.

---

## ORDER TO CURE DEFICIENCY

---

Weinshienk, Senior Judge

      Applicant submitted a Notice of Appeal on December 26, 2006.  The court has

determined that the document is deficient as described in this order.  Applicant will be

directed to cure the following if he wishes to pursue this appeal.

**(A)**    **Filing Fee**
    _X_    is not submitted

**(B)**    **Prisoner's Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24 in a Habeas Corpus Action**:
    _X_    is not submitted
    ___    is missing affidavit
    ___    is missing required financial information
    ___    is missing an original signature by the prisoner
    ___    is not on proper form (must use the court's current form)
    ___    other_____

Accordingly, it is

      ORDERED that Applicant cure the deficiencies designated above within thirty (30)

days from the date of this order.  Any papers that Applicant files in response to this order

1

must include the civil action number on this order.  It is

FURTHER ORDERED that the Clerk of the Court mail to Applicant, together with

a copy of this order, an original and one copy of the following forms:   Prisoner's Motion

and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R.

App. P. 24 in a Habeas Corpus Action.  It is

FURTHER ORDERED that, if Applicant fails to cure the designated deficiencies

within 30 days from the date of this order, the court of appeals will be so notified.

DATED at Denver, Colorado this   2   day of      January      , 2007.


BY THE COURT:


ZITA L. WEINSHIENK, Senior Judge
United States District Court

2